AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22-mj-00113 |
| v. | ) | Assigned to: Judge Meriweather, Robin M. |
| Devin Steiner | ) | Assign Date: 5/19/2022 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devin Steiner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(C)(Disrupt the Orderly Conduct of Official Business)
40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G)(Parade, Demonstrate, or Picket in a Capitol Building)

Date: 05/19/2022

2022.05.19
15:33:22 -04'00'

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/19/22, and the person was arrested on *(date)* 5/26/22
at *(city and state)* Akron, OH.

Date: 5/26/2022

*Arresting officer's signature*

David Clarke, FBI Special Agent
*Printed name and title*